Todd D. Carpenter (SBN 234464)
 *todd@lcllp.com*
Ethan Ames (SBN 339027)
 *ethan@lcllp.com*
Christopher L. Cornelius (*pro hac vice* forthcoming)
 *chris@lcllp.com*
**LYNCH CARPENTER, LLP**
9171 Towne Centre Drive, Suite 180
San Diego, CA 92122
Tel.:  619.762.1910

*Counsel for Plaintiffs*
*and the Proposed Class*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOOPUR DESAI and FLORENCIA STOWERS, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN EAGLE OUTFITTERS, INC., a Delaware corporation,<br><br>Defendant. | Case No.: 3:26-cv-06216-PHK<br><br>**PLAINTIFFS' CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS** |

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, there is no conflict nor interest (other than the named parties) to report.

Dated: June 24, 2026             **LYNCH CARPENTER, LLP**

By: /s/ *Todd D. Carpenter*
                Todd D. Carpenter (SBN 234464)
                 *todd@lcllp.com*
                Ethan H. Ames (SBN 339027)
                 *ethan@lcllp.com*
                Christopher L. Cornelius (*pro hac vice* forthcoming)
                 *chris@lcllp.com*
                9171 Towne Centre Drive, Suite 180
                San Diego, CA 92122
                Tel.:  619.762.1910

                *Attorneys for Plaintiffs and*
                *Proposed Class Counsel*

1
PLAINTIFFS' CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS